UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Barbara A. Vodopija, <br><br> *Debtor*. | Case No. 24-13958-amc <br> Chapter 7 |

**Motion to Convert Case from Chapter 7 to Chapter 13**

Debtor Barbara A. Vodopija, through ger attorney, moves this Court as follows:

1. This case was filed voluntarily under chapter 7 on November 1, 2024. It has not been converted previously under 11 U.S.C. §1112, §1208, or §1307.

2. During the meeting of creditors, it became apparent that the Debtor neglected in good faith to disclose loan repayments to her sister during the one-year period before this case was filed on the Statement of Financial Affairs. The payments are avoidable by the trustee under 11 U.S.C. § 547(b)(4)(B) as preferential payments to an insider.

3. Afterward, the Debtor promptly amended the Statement of Financial Affairs to properly disclose the loan payments. The Debtor also amended Schedule A/B to list the loan payments as a potential asset of the bankruptcy estate, and amended Schedule C to fully exempt them under 11 U.S.C. § 522(d)(5).

4. The Debtor believes that avoidance of the payments by the trustee would be futile because the funds, if avoided, would be exempt property and not recoverable by creditors.

5. At the same time, the Debtor wishes to prevent litigation between herself and the trustee, and wishes to prevent her sister, who is currently in the hospital, from becoming involved in this matter.

6. If creditors must be paid, the Debtor prefers to pay them herself through a chapter 13 plan, and therefore requests that this case be converted to chapter 13 under 11 U.S.C. § 706(a). The Debtor has filed a plan and amended Schedule J to demonstrate the plan's feasibility by reducing monthly entertainment-related expenses.

For those reasons, the Court must enter relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: December 4, 2024                    SADEK LAW OFFICES, LLC
                                          *Attorney for Debtor*

                                          By: /s/ Brad J. Sadek, Esq.
                                              Brad J. Sadek, Esq.
                                              1500 JFK Boulevard, Suite 220
                                              Philadelphia, PA 19102
                                              215-545-0008
                                              brad@sadeklaw.com

## Certificate of Service

I certify that on this date, I did cause a copy of this document and all attachments to be electronically served on all parties on the Clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

Date: December 4, 2024                    /s/ Brad J. Sadek
                                          Brad J. Sadek