## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Barbara A. Vodopija,<br><br>                               *Debtor*. | Case No. 24-13958-amc<br>Chapter 13 |

### Order Converting Case to Chapter 13

**WHEREAS**, the Debtor has filed a Motion to Convert Case from Chapter 7 to Chapter 13, *see* 11 U.S.C. § 706(a), and there being no objection thereto, and the Court finding that the case has not been converted previously under 11 U.S.C. §1112, §1208, or §1307, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. This chapter 7 case is converted to a case under chapter 13.

3. Within twenty-eight days after the entry of this order, the chapter 7 trustee must file an account of all receipts and disbursements made in the chapter 7 case and a report on the administration of the case pursuant to 11 U.S.C. § 704(9).

4. The chapter 7 trustee must immediately turn over to the Debtor all records and property of the estate remaining in the trustee's custody and control.

5. The chapter 7 trustee or any other party entitled to compensation may file an application for compensation and reimbursement of expenses within fourteen days after the entry of this order.

6. The Debtor must file a chapter 13 plan and all statements, schedules, and other documents required by Fed. R. Bankr. P. 1007(b) within fourteen days after the entry of this order.

7. The Debtor must begin making plan payments to the chapter 13 trustee within thirty days after the entry of this order.

8. The Debtor's chapter 13 plan must not provide for payments over a period that is longer than five years after the entry of this order.

Date:
**Date: January 16, 2025**

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge